1  David L. O'Daniel  (SBN: 006418)
**GORDON & REES LLP**
2  111 W. Monroe Street, Suite 1600
Phoenix, AZ 85003
3  Telephone:  (602) 794-2472
Facsimile:  (602) 265-4716
4  dodaniel@gordonrees.com

5  Attorneys for Defendant
Icon Credit Union

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| AARON McCABE, | CASE NO.  2:16-cv-03187 SPL |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT WITH ICON CREDIT UNION** |
| ICON CREDIT UNION and EXPERIAN INFORMATION SOLUTIONS, INC., et al. | |
| Defendants. | |

Plaintiff and Defendant Icon Credit Union ("Icon") through their counsel, give notice that those two Parties have reached an agreement to settle all claims against Icon in this litigation.  The Parties are preparing settlement documents which will include a Stipulation for Dismissal with Prejudice (with each party to bear its own costs and attorneys' fees) and an accompanying Order of Dismissal with Prejudice.  The Parties anticipate that the documentation and settlement should be completed within thirty (30) days.

Dated this 22nd day of December 2016.

GORDON & REES LLP

By: *s/ David L. O'Daniel*
David L. O'Daniel
111 W. Monroe, Suite 1600
Phoenix, AZ  85003
Attorneys for Defendant Icon
Icon Credit Union

-1-

I hereby certify that on December 22, 2016 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Vernon Nelson
Law Office of Vernon Nelson
9480 S. Eastern Ave, Suite 244
Las Vegas, NV  89123
Attorneys for Plaintiff

Jonathan A. Dessaules
Dessaules Law
5353 N. 16th Street, Suite 110
Phoenix, Arizona  85016
Attorneys for Defendant Experian Information Solutions Inc.

*s/ Kim Eriquez*

1128411/30894585v.1

-2-