Jonathan A. Dessaules, State Bar No. 019439
**DESSAULES LAW GROUP**
5353 North 16th Street, Suite 110
Phoenix, Arizona 85016
602.274.5400 tel.
602.274.5401 fax
jdessaules@dessauleslaw.com

*Attorneys for Defendant Experian*
*Information Solutions Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron McCabe,<br><br>          Plaintiff,<br><br>     v.<br><br>Icon Credit Union; and Experian Information Solutions, Inc.<br><br>          Defendant. | Case No. 2:16-cv-03187-SPL<br><br>**NOTICE OF SETTLEMENT** |

Defendant Experian Information, Inc. and Plaintiff Aaron McCabe, by and through undersigned counsel, hereby notify the Court that the parties have reached a settlement on all claims in this matter. The parties are in the process of finalizing the settlement, at which time, the parties will file appropriate paperwork dismissing the action.

DATED this 4th day of August 2017.

DESSAULES LAW GROUP


By: /s/ Jonathan A. Dessaules
    Jonathan A. Dessaules
    *Attorneys for Defendant Experian*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2017 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Vernon Albert Nelson, Jr.
Law Office of Vernon Nelson PLLC
9480 S Eastern Ave., Ste. 244
Las Vegas, NV 89123
T:  (702) 476-2500
F:  (702) 476-2788
Email: vnelson@nelsonlawfirmlv.com
*Attorneys for Plaintiff*

David L O'Daniel
Gordon & Rees LLP
111 W Monroe St., Ste. 1600
Phoenix, AZ 85003
T:  (602) 794-2460
F:  (602) 265-4716
Email: dodaniel@gordonrees.com
*Attorneys for Icon Credit Union*

/s/     Victoria Saint Amour

2